IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>           Plaintiff,   )<br>vs.   )<br>   )<br>JAMES E. CORBIN and wife,   )<br>MARGUERITE A. CORBIN,   )<br>           Defendants.   ) | CASE NO. 4:93MC00006<br>(Financial Litigation Unit) |

ORDER APPROVING RENEWAL OF
UNITED STATES' JUDGMENT LIEN

Based on the United States' Motion and good cause appearing therefore, the Court hereby APPROVES the renewal of the United States of America's judgment lien against James E. Corbin in accordance with the provisions of the Federal Debt Collection Procedure Act, 28 U.S.C. §3201.

**Signed: September 6, 2005**

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge